**Electronically Filed
Supreme Court
SCPW-17-0000171
30-NOV-2017
02:56 PM**

SCPW-17-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SI UFAGA MOANA, Petitioner,

vs.

THE HONORABLE FRANCES Q. F. WONG, Judge of the
Family Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.
(SCPW-17-0000532; CASE NO. 1FFC-17-0000575)

---

JAYVAN C. CURIOSO, Petitioner,

vs.

THE HONORABLE HILARY BENSON GANGNES, Judge of the
District Court of the First Circuit, Honolulu Division,
State of Hawai'i, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.
(SCPW-17-0000171; CASE NO. 1DCW-17-0000868)

---

ORIGINAL PROCEEDINGS

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed November 21, 2017, is corrected as follows:

On page 34 footnote 20, delete "Moana's" and replace with "Curioso's".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, November 30, 2017.

/s/ Richard W. Pollack

Associate Justice

